UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD DEAN HOWE,

Civil No. 00-895 (ADM/JMM)

Petitioner,

v.

**ORDER**

KATHLEEN HAWK-SAWYER, BOP Director, JANET RENO, Attorney General, and CONSTANCE REESE, Warden,

Respondents.

On April 10, 2000, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondents have taken certain actions that will cause him to be illegally incarcerated beyond his proper release date.

The Respondents are directed to make a return in writing on or before May 5, 2000, certifying the true cause for the expected duration of Petitioner's confinement and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's expected duration of confinement;

2) A reasoned memorandum of law and fact fully stating Respondents' legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of statutory requirements and other pertinent authority;

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

FILED APR 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court will entertain a motion to grant the relief requested in the petition if a written response is not filed by May 5, 2000, as required by this Order.

Based on the foregoing, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent shall file a written return to Petitioner's habeas corpus petition, consistent with the requirements of this order, by May 5, 2000; and

2. After Respondent's return has been filed, the parties shall await the further order of this Court.

Dated: April 18, 2000

JOHN M. MASON
United States Magistrate Judge