UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-895 (ADM/JMM)

COPY

RICHARD DEAN HOWE,

Petitioner,

v.

KATHLEEN HAWK-SAWYER, BOP DIRECTOR, JANET RENO, Attorney General, and CONSTANCE REESE, Warden,

Respondents.

ORDER

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondents' request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that the Respondents shall be granted until May 19, 2000, to prepare and submit their response.

Dated: 5/5/00

JOHN M. MASON
United States Magistrate Judge

FILED MAY 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK