# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard Dean Howe

Plaintiff

v.

Kathleen Hawk-Sawyer,
Janet Reno, and
Constance Reese

Defendants

Case No. Civil 00-895 ADM/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is denied and the action is hereby dismissed without prejudice as to those claims on which petitioner has failed to exhaust his state court remedies. The petition for a writ of habeas corpus is denied and the action is hereby dismissed with prejudice as to claims concerning current conditions confinement by federal officials.

DATE: February 12, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk